ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO. 1:05-CR-104 |
| PATRICK MORGAN | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

On or about January 8, 2004, in the Northern District of Georgia, the defendant, PATRICK MORGAN, aided and abetted by LaKeith Lawson, with intent to defraud, did utilize interstate commerce by use of a private and commercial mail carrier to transport, move, and transfer from Ft. Lauderdale, Florida, to Atlanta, Georgia, false and fictitious instruments, documents, and other items of an organization, that is, $12,000 in counterfeit American Express traveler's checks, such instruments, documents, and items appearing, representing, and purporting to be actual securities and other financial instruments issued under the

authority of the American Express Corporation, in violation of Title 18, United States Code, Sections 514 and 2.

                                        DAVID E. NAHMIAS
                                        UNITED STATES ATTORNEY

                                        WILLIAM L. MCKINNON, JR.
                                        ASSISTANT UNITED STATES ATTORNEY
                                        600 U.S. Courthouse
                                        75 Spring Street, S.W.
                                        Atlanta, GA 30303
                                        404/581-6046
                                        404/581-6181 (fax)
                                        Georgia Bar No. 495812